The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-34 RSM |
| Plaintiff, | ORDER CONTINUING TRIAL DATE |
| v. | |
| JORDAN DESMOND SANCHEZ, | |
| Defendant. | |

Having considered the record in this matter, and the General Orders of the United States District Court for the Western District of Washington addressing measures to reduce the spread and health risks from COVID-19, which are incorporated herein by reference, the Court hereby FINDS as follows:

1. In light of the recommendations made by the Centers for Disease Control and Prevention (CDC) and Public Health for Seattle and King County regarding social distancing measures required to stop the spread of COVID-19, it is still not possible at this time to proceed with a jury trial.

2. The Western District of Washington will resume in-person criminal jury trials on May 17, 2021, with one jury trial proceeding at a time in each courthouse. *See* GO

Order Continuing Trial Date
*United States v. Jordan Sanchez*, CR21-34 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

04-21. Criminal jury trials have been prioritized for trial in May and June primarily based on the age of the case and the defendant's custody status. Mr. Sanchez is in custody, but his case was indicted relatively recently, on February 17, 2021.

3. For the foregoing reasons, the Court finds that the failure to grant a continuance of the trial date in this case would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i). Accordingly, pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by continuing the trial in this case outweighs the best interest of the public and the defendant in a speedier trial.

IT IS THEREFORE ORDERED that the trial date is continued to July 12, 2021. The pretrial motions deadline is continued to June 4, 2021.

IT IS FURTHER ORDERED that the period time from the filing of the parties' joint motion to continue trial, up to and including the new trial date of July 12, 2021 shall be excludable time pursuant to 18 U.S.C. § 3161.

Dated this 6th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney

*/s/Christopher Black* (approved via Email)
CHRISTOPHER BLACK
Counsel for Jordan Sanchez

Order Continuing Trial Date
*United States v. Jordan Sanchez*, CR21-34 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970