The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-34 RSM |
| Plaintiff, | |
| v. | **ORDER** |
| JORDAN DESMOND SANCHEZ, | |
| Defendant. | |

THE COURT has considered the joint motion to proceed with guilty plea by video or telephonic hearing, along with all the records and files in this case and the General Orders currently in effect.

THE COURT FINDS that the circumstances are as set forth in the parties' motion and that a video or telephonic guilty plea hearing may take place as soon as practical, because further delays in this case would cause "serious harm to the interests of justice," *see* General Order No. 04-20 (extended by General Order 16-21), for the reasons set forth in the parties' joint motion. Accordingly,

THE COURT ORDERS that the parties may proceed with a plea hearing by telephone and/or video conference, consistent with current procedures established by this

ORDER - 1
*U.S. v. Jordan Sanchez,* CR21-34 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Court, and directs the parties to consult with one another and the Court to schedule such a hearing at a mutually acceptable date and time.

DONE this 23rd day of February, 2022.

*signature*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Casey S. Conzatti*
CASEY S. CONZATTI
Assistant United States Attorney

ORDER - 2
U.S. v. Jordan Sanchez, CR21-34 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970